UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER G.,

                      Plaintiff,              1:23-CV-792
                                                    (GTS/TWD)
-vs-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
_____

APPEARANCES:                                           OF COUNSEL:

LAW OFFICES OF STEVEN R. DOLSON PLLC     STEVEN R. DOLSON, ESQ.
*Counsel for Plaintiff*
6320 Fly Road, Suite 201
East Syracuse, New York 13057

SOCIAL SECURITY ADMINISTRATION             JOHANNY SANTANA, ESQ.
*Counsel for Defendant*
Office of the General Counsel
6401 Security Boulevard
Baltimore, Maryland 21235

HON. GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Thérèse Wiley Dancks, filed on August 20, 2024, recommending that the Commissioner's decision denying Plaintiff Social Security benefits be affirmed, and Plaintiff's Complaint be dismissed. (Dkt. No. 10.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers herein, including Magistrate Judge Dancks' thorough

Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise. As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's decision denying benefits is affirmed, and Plaintiff's Complaint is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 10) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision denying disability insurance benefits is **AFFIRMED** and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: September 10, 2024
       Syracuse, New York

*Glenn T. Suddaby*
U.S. District Judge